# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:

      Mario Hall,                                 Case No. 19-45720

                                           Chapter 7

                      Debtor.            Judge Thomas J. Tucker

_____/

## ORDER DENYING APPLICATION TO PAY FILING FEES IN INSTALLMENTS FOR FAILURE TO PAY THE FILING FEES IN CASE NO. 19-42453

The debtor has filed an application to pay filing fees in installments in the above-styled case. A review of court records show that the debtor filed a prior case, Case No. 19-742453, which was dismissed without paying the filing fee in full. To date, a balance of $670.00 is owed to the Bankruptcy Court. Therefore,

IT IS HEREBY ORDERED that the Application to Pay Filing Fees in Installments, docket # 6 is DENIED. The debtor must pay both filing fees in full on or before 4/30/2019. Failure to pay the filing fee in full by this date will result in the entry of an order to show cause and required appearance at the hearing.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

**Signed on April 16, 2019**



/s/ **Thomas J. Tucker**
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**